Lukens Steel Co., Mallinckrodt Group, Inc. (F/K/A International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (A/K/A Manny, Moe And Jack), Union Carbide Corp., Universal Refractories Division Of Thiem Corporation.

Appeal of Hobart Brothers Company and the Lincoln Electric Company.

Nos. 14 EM 2014, 15 EM 2014, 16 EM 2014, 17 EM 2014.

Supreme Court of Pennsylvania.

April 2, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of April, 2014, the Application for Extraordinary Relief is **DENIED.**

---

89 A.3d 655

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mohamed M. ALI, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the court of common pleas for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).

89 A.3d 656

**Dawn GORMAN, Respondent**

v.

**Bernard SELIGMAN, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** to the court of common pleas for further proceedings consistent with *Commonwealth v. Holmes,* 79 A.3d 562 (Pa.2013).

Justice STEVENS did not participate in the consideration or decision of this matter.